PROB 12B  
(7/93)

Report Date: September 20, 2006

## United States District Court

**for the**

**Eastern District of Washington**

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

SEP 25 2006

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

**Request for Modifying the Conditions or Term of Supervision
with Consent of the Offender**

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Leonard L Stonecipher      Case Number: 2:02CR00145-001

Name of Sentencing Judicial Officer: The Honorable Fred Van Sickle

Date of Original Sentence: 5/15/2003      Type of Supervision:

Original Offense: Conspiracy to Possess With the Intent to Distribute and Distribute Methamphetamine, 21 U.S.C. § 846; Distribution of Methamphetamine, 21 U.S.C. § 841(a)(1); Manufacturing Over 100 Marijuana Plants, 21 U.S.C. § 841(a)(1)

Date Supervision Commenced: 09/20/2006

Original Sentence: Prison - 60 Months; TSR - 48 Months

Date Supervision Expires: 09/19/2010

### PETITIONING THE COURT

To modify the conditions of supervision as follows:

17   You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

### CAUSE

Pursuant to Ninth Circuit case law, U.S. v Stephens, the undersigned officer is requesting the above modification with the offenders consent.

Respectfully submitted,

by  /s/ Richard B. Law

Richard B. Law  
U.S. Probation Officer  
Date: September 20, 2006

Prob 12B
**Re: Stonecipher, Leonard L
September 20, 2006
Page 2**

THE COURT ORDERS

[ ]   No Action
[ ]   The Extension of Supervision as Noted Above
JFVS [X]   The Modification of Conditions as Noted Above
[ ]   Other

_Fred Van Sickle_
Signature of Judicial Officer

_September 22, 2006_
Date